## ANONYMOUS.

Motion for a new trial for irregularity and newly discovered evidence, is an enumerated motion.

CURIA, per SAVAGE, Ch. J. Where a motion for a new trial is founded both upon irregularity and newly discovered evidence, it is an enumerated motion.(*a*)

And the counsel having moved the matter as a non-enumerated motion, the papers were returned without farther consideration.

(*a*) Vid. *Remsen* v. *Isaacs*, 1 Caines' Rep. 22 ; *Foden & Slater* v. *Sharp* 4 John. Rep. 183.